August 8, 2013

To whom it may concern,

On July 31, 2013, our firm received notice from the Clerk of Court that the parties were to submit electronically via Appellate ECF all Excerpts of Record pertaining to the case, and that if electronic versions could not be provided, to file a short letter to the Court explaining why.

At the time of this writing, Appellant has uploaded all four printed volumes of its Excerpts of Record to the Appellate ECF system. However, the Excerpts originally filed with the Court additionally included digital video discs (DVDs) of Defendants' motion picture, which Appellant is unable to transit via Appellate ECF, as any rendering of the film at a reasonable viewing quality would easily exceed the 50 MB file size limit imposed by the system. If there is any way for the Appellant to supply the Court with digital access to the film, we respectfully request the Court to apprise us of same and we will take every effort to comply.

Respectfully submitted,
Steven T. Lowe,
Lowe Law, P.C.