FILED

NOV 08 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| DANIEL SEGAL, an individual,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>ROGUE PICTURES, a business entity, form unknown; et al.,<br><br>    Defendants - Appellees. | No. 12-55587<br><br>D.C. No. 2:10-cv-05650-DSF-AJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: O'SCANNLAIN, GRABER, and BEA, Circuit Judges.

Appellees' Motion for Leave to File DVDs is GRANTED. The DVDs lodged December 6, 2012, are ordered filed.